Memorandum Decisions.

The National Bank of the State of Florida, a corporation under the laws of the United States, Appellant, vs. George C. Wilson and William A. Rouse, as Assignee of the assigned estate of George C. Wilson, Appellees.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

*W. H. Baker,* for Appellant.

*Fleming & Fleming,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals. The decree is affirmed.

Decision Per Curiam